IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| THE WEITZ COMPANY, LLC., an Iowa limited liability company, | ) ) ) ) | |
| Plaintiff, | ) ) | 8:08CV199 |
| v. | ) ) | |
| ALBERICI CONSTRUCTORS, INC., a Missouri corporation; and TRAVELERS CASUALTY & SURETY COMPANY OF AMERICA, | ) ) ) ) ) | ORDER |
| Defendants. | ) ) | |

This matter is before the Court on the stipulation for extension of time (Filing No. 31).  The Court finds the stipulation should be approved and adopted.  Accordingly,

IT IS ORDERED that the stipulation is approved and adopted; defendants shall have until February 19, 2009, to file a responsive pleading.

DATED this 23rd day of January, 2009.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court