IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
THE WEITZ COMPANY, LLC., an    )
Iowa limited liability         )
company,                       )
                               )
            Plaintiff,         )           8:08CV199
                               )
       v.                      )
                               )
ALBERICI CONSTRUCTORS, INC.,   )           ORDER
a Missouri corporation; and    )
TRAVELERS CASUALTY & SURETY    )
COMPANY OF AMERICA,            )
                               )
            Defendants.        )
_____)
```

At the request of defendants,

IT IS ORDERED that a conference in this matter is
scheduled for:

**Friday, February 13, 2009, at 2 p.m.**

in Suite 3190, Roman L. Hruska United States Courthouse, 111

South 18th Plaza, Omaha, Nebraska.  The parties may participate

by telephone by notifying the Judge Strom's office prior to said

date.

DATED this 6th day of February, 2009.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court