IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| THE WEITZ COMPANY, LLC., an Iowa limited liability company, | ) ) ) ) | |
| Plaintiff, | ) ) | 8:08CV199 |
| v. | ) ) | |
| ALBERICI CONSTRUCTORS, INC., a Missouri corporation; and TRAVELERS CASUALTY & SURETY COMPANY OF AMERICA, | ) ) ) ) ) | ORDER |
| Defendants and Third-Party Plaintiffs, | ) ) ) | |
| v. | ) ) | |
| AMBASSADOR STEEL CORPORATION, an Iowa corporation, | ) ) ) ) | |
| Third-Party Defendant. | ) ) | |

This matter is before the Court on third-party defendant's motion for enlargement of time to add parties or amend pleadings (Filing No. 79); on third-party plaintiff's motion for leave to amend third-party complaint against Ambassador Steel Corporation (Filing No. 82); on third-party defendant's motion for extension of time (Filing No. 86) to reply to defendant and third-party plaintiff's brief in opposition to third-party defendant's motion to dismiss.  Also pending is a stipulated agreement regarding preservation of privilege claims (Filing No. 87).  The Court finds the motions should be granted. Accordingly,

IT IS ORDERED:

1) Ambassador Steel Corporation's motion for enlargement of time to add parties or amend pleadings is granted. The time to file motions to add parties or amend pleadings is extended to ninety (90) days after ruling on the motion to dismiss.

2) Alberici Constructors, Inc.'s motion for leave to amend third-party complaint against Ambassador Steel is granted; any amended third-party complaint shall be filed on or June 30, 2009.

3) Ambassador Steel Corporation's motion for extension of time to reply to the defendant and third-party plaintiff's brief in opposition to third-party defendant's motion to dismiss is granted. Said brief shall be due on June 26, 2009.

4) The stipulated agreement regarding preservation of privilege claims is approved and adopted.

DATED this 19th day of May, 2009.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court