IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| THE WEITZ COMPANY, LLC., an Iowa limited liability company, | ) ) ) ) | |
| Plaintiff, | ) ) | 8:08CV199 |
| v. | ) ) | |
| ALBERICI CONSTRUCTORS, INC., a Missouri corporation; and TRAVELERS CASUALTY & SURETY COMPANY OF AMERICA, | ) ) ) ) ) | ORDER |
| Defendants and Third-Party Plaintiffs, | ) ) ) | |
| v. | ) ) | |
| AMBASSADOR STEEL CORPORATION, an Iowa corporation, | ) ) ) | |
| Third-Party Defendant. | ) ) | |

IT IS ORDERED that a conference with counsel concerning why the parties should not be required to proceed to arbitration is scheduled for:

**Monday, October 19, 2009, at 2 p.m. (CDT).**

The parties may participate by telephone if they wish.

DATED this 14th day of October, 2009.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court