IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| THE WEITZ COMPANY, LLC., an Iowa limited liability company, | ) ) ) ) | |
| Plaintiff, | ) ) | 8:08CV199 |
| v. | ) ) | |
| ALBERICI CONSTRUCTORS, INC., a Missouri corporation; and TRAVELERS CASUALTY & SURETY COMPANY OF AMERICA, | ) ) ) ) ) | ORDER |
| Defendants and Third-Party Plaintiffs, | ) ) ) | |
| v. | ) ) | |
| AMBASSADOR STEEL CORPORATION, an Iowa corporation, | ) ) ) | |
| Third-Party Defendant. | ) ) | |

This matter is before the Court on the motions to withdraw as counsel (Filing Nos. 122 and 123) and request for removal from electronic filing notice list (Filing No. 123); motion for ruling on defendant's objections to motions to withdraw and for expedited ruling (Filing No. 127); and motion to file under seal (Filing No. 128). The Court finds the motions should be granted. Accordingly,

IT IS ORDERED:

1) The motions to withdraw as counsel filed by David S. Houghton and Robert W. Mullin are granted. Their names shall be removed from the electronic filing notice list.

2) The motion to seal documents is granted.

3) The telephone conference scheduled for Friday, November 20, 2009, is cancelled.

DATED this 19th day of November, 2009.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court