IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| THE WEITZ COMPANY, LLC., an Iowa limited liability company, | ) ) ) ) | |
| Plaintiff, | ) ) | 8:08CV199 |
| v. | ) ) | |
| ALBERICI CONSTRUCTORS, INC., a Missouri corporation; and TRAVELERS CASUALTY & SURETY COMPANY OF AMERICA, | ) ) ) ) ) | ORDER |
| Defendants and Third-Party Plaintiffs, | ) ) ) | |
| v. | ) ) | |
| AMBASSADOR STEEL CORPORATION, an Iowa corporation, | ) ) ) | |
| Third-Party Defendant. | ) ) | |

This matter is before the Court on plaintiff's motion to extend time to respond to discovery (Filing No. 134); defendants' motion to seal documents (Filing No. 136); and plaintiff's amended unopposed motion to extend time to respond to discovery.  Accordingly,

IT IS ORDERED:

1) Plaintiff's original motion to extend time is denied as moot;

2) Defendant's motion to seal documents is granted.

3) Plaintiff's amended unopposed motion to extend time to respond to discovery is granted.  Plaintiff shall have until

January 15, 2010, to serve its answers and objections to

defendants' interrogatories.

DATED this 1st day of December, 2009.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court