IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| THE WEITZ COMPANY, LLC., an Iowa limited liability company, | ) ) ) ) | |
| Plaintiff, | ) ) | 8:08CV199 |
| v. | ) ) | |
| ALBERICI CONSTRUCTORS, INC., a Missouri corporation; and TRAVELERS CASUALTY & SURETY COMPANY OF AMERICA, | ) ) ) ) ) | ORDER |
| Defendants and Third-Party Plaintiffs, | ) ) ) | |
| v. | ) ) | |
| AMBASSADOR STEEL CORPORATION, an Iowa corporation, | ) ) ) | |
| Third-Party Defendant. | ) ) | |

This matter is before the Court on the stipulation of dismissal with prejudice (Filing No. 171). The Court finds the stipulation should be approved and adopted. Accordingly,

IT IS ORDERED that the stipulation is approved and adopted; this action is dismissed with prejudice, each party to pay their own costs.

DATED this 19th day of May, 2010.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court